IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

Civil Action 5:08-cv-00346-

| | | |
|---|---|---|
| SARAH E. ATWELL | ) | **DEFENDANT'S MOTION TO** |
| | ) | **EXCLUDE TESTIMONY AND** |
| Plaintiff, | ) | **REPORT OF MARIA VARGAS,** |
| vs. | ) | **MS, CRC, CLCP AND** |
| | ) | **GARY ALBRECHT PH.D** |
| McKINLEY MEDICAL L.L.C.; MOOG, INC.; | ) | |
| CURLIN MEDICAL, INC.; THE BROE | ) | |
| COMPANIES, INC.; PAT BROE; WOO YOUNG | ) | |
| MEDICAL, CO., LTD., | ) | |
| | ) | |
| Defendants. | ) | |

Defendant, Woo Young Medical Co., Ltd (hereinafter "Woo Young Medical"), by and through its undersigned counsel, hereby moves for an order excluding the testimony and reports of Plaintiffs' experts, Maria Vargas, MS, CRC, CLCP ("Ms. Vargas") and Gary Albrecht PhD ("Dr. Albrecht"). As more fully set forth in the Memorandum of Law in Support of this Motion, Ms. Vargas' and Dr. Albrecht's reports and conclusions fail to satisfy the standards of scientific reliability of Federal Rules of Evidence 702 and the United States Supreme Court's decision in *Daubert v. Merrill Dow Pharm., Inc.*, 509 U.S. 579 (1993). Ms. Vargas' Life Care Report and Dr. Albrecht's report should be excluded from the record and the Court should not admit the report, conclusions or Ms. Vargas' or Dr. Albrecht's testimony for any purpose because the analysis, conclusions, methodology and calculations in the reports are unreliable.

This Motion is based on the facts and authorities set forth in the accompanying Memorandum of Law.

This the 27th day of June, 2012.

/s/Richard T. Boyette

/s/Meghan N. Knight

Attorneys for Defendant Woo Young Medical, Co., Ltd.

Cranfill Sumner & Hartzog LLP
Post Office Box 27808
Raleigh, North Carolina 27611-7808
Telephone: (919) 828-5100
Facsimile:  (919) 828-2277
E-mail: rtb@cshlaw.com
E-mail: mknight@cshlaw.com
NC State Bar No. 7623
NC State Bar No. 35384

*Of Counsel*

Margaret Fitzsimmons (IL State Bar No. 6292813)
Charles Cole (IL State Bar No. 0482285)
Richard Juarez (IL State Bar No. 6211253)
Attorneys for Defendant Woo Young Medical, Co., Ltd.

Schuyler Roche & Chrisham PC
130 E. Randolph, Suite 3800
Chicago, Illinois 60601
Telephone: (312) 565-2400
Facsimile: (312) 565-8300

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:08-cv-00346-D


SARAH E. ATWELL, )
)
Plaintiff, )
)
vs. )
)
) **CERTIFICATE OF SERVICE**
McKINLEY MEDICAL L.L.C.; MOOG, INC.; )
CURLIN MEDICAL, INC.; THE BROE )
COMPANIES, INC.; PAT BROE; WOO YOUNG )
MEDICAL, CO., LTD., )
)
Defendants. )

     This is to certify that on June 27, 2012, I electronically filed the foregoing **DEFENDANT WOO YOUNG MEDICAL CO., LTD.'S MOTION TO EXCLUDE TESTIMONY OF MARIA VARGAS AND GARY ALBRECHT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Earnest Franklin Woodson
Matthew E. Munson
Ted G. Meadows
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160

H. Forest Horne, Jr.
Martin & Jones
410 Glenwood Avenue Suite 200
Raleigh, NC 27603

Laura B Kalur
Kalur Law Office
9755 SW Barnes Road Suite 450
Portland, OR 97225-6681

Michael L. Williams
Leslie W. O'Leary
Thomas B Powers
Heather A. Brann
Williams Love O'Leary & Powers, PC
9755 SW Barnes Rd., Suite 450
Portland, OR 97225
**Attorneys for Plaintiff**

Respectfully submitted,

/s/Richard T. Boyette
Attorneys for Defendant Woo Young Medical, Co., Ltd.
Cranfill Sumner & Hartzog LLP
Post Office Box 27808
Raleigh, North Carolina 27611-7808
Telephone: (919) 828-5100
Facsimile:  (919) 828-2277
E-mail: rtb@cshlaw.com
NC State Bar No. 7623